### BRACKIN *v.* JEFFERSON FIRE INSURANCE COMPANY.

EVANS, P. J. This case is controlled by the decisions this day rendered in the cases of *Peters* v. *Queen Insurance Company* and *U. S. Casualty Co.* v. *Newman.*

*Judgment reversed. All the Justices concur, except Hill, J., not presiding.*
JANUARY 12, 1912.

Action upon insurance policy. Before Judge Frank Park. Decatur superior court. November 21, 1910.

*Hawes & Pottle,* for plaintiff.

*Smith, Hammond & Smith* and *E. S. Longley,* for defendant.